**MINUTE ENTRY**
**LEMELLE, J.**
**May 3, 2012**

JS10(00:26)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IMMEDIATE CONNECTIONS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1113** |
| **MICHAEL ZAPALOWSKI;** | **SECTION B(1)** |
| **SUPERIOR STAFFING GROUP, LLC;** | |
| **SUPERIOR STAFFING SOLUTIONS, LLC;** | |
| **AND SUSAN ZAPALOWSKI** | |

A teleconference hearing on Plaintiff's Motion for Temporary Restraining Order (Rec. Doc. No. 1) was held on this date with counsel for all parties participating. For oral reasons given at today's hearing, the court **GRANTED** the temporary restraining order, based on the prima facie showing of a substantial likelihood of success, irreparable harm, and all other factors under Fed. R. Civ. Proc. 65, for claims of improper taking and use of proprietary information, i.e., client lists, vetting information, and proprietary and confidential price structures. The parties were directed to submit to the court no later than **Friday, May 4, 2012**, a joint proposed temporary restraining order, including any further agreed-upon conditions, and proposed dates to schedule an evidentiary hearing on a preliminary injunction.

Defendants shall return all proprietary and confidential information belonging to plaintiff within 24 hours. Defendants are further restrained from using that information or divulging same to

anyone other than counsel of record, and then only for purposes of this litigation.

_____
UNITED STATES DISTRICT JUDGE