```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

IMMEDIATE CONNECTIONS, INC.                    CIVIL ACTION

VERSUS                                         NO. 12-1113

MICHAEL ZAPALOWSKI;                            SECTION "B"(1)
SUPERIOR STAFFING GROUP, LLC;
SUPERIOR STAFFING SOLUTIONS, LLC;
AND SUSAN ZAPALOWSKI

## ORDER

This matter came for hearing via teleconference on May 3, 2012, on the *Ex Parte* Motion for Temporary Restraining Order (Rec. Doc. No. 1) filed by Immediate Connections, Inc.

> Present: Terrel J. Broussard and Jeremy D. Rush for the Plaintiff, Immediate Connections, Inc.; and Christopher K. Ralston for the Defendants, Michael Zapalowski, Superior Staffing Group, LLC, Superior Staffing Solutions, LLC, and Susan Zapalowski (collectively, the "Defendants").

After considering the law, pleadings, and arguments of counsel, and for the reasons stated on the record of the telephonic hearing, the Court hereby determines that issuance of a temporary restraining order is appropriate and orders as follows:

**IT IS ORDERED** that the *Ex Parte* Motion for Temporary Restraining Order (Rec. Doc. No. 1) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Michael Zapalowski must return to Immediate Connections its confidential and extensive list of clients, confidential freelance professional lists, and any

confidential price structures within twenty-four (24) hours of the hearing.

**IT IS FURTHER ORDERED** that the Defendants shall not use any of Immediate Connections' confidential list of clients, confidential freelance professional lists, or Immediate Connections' confidential price structures in attempting to negotiate further business relationships with any clients of Immediate Connections, Inc., of which Defendants are or should be aware.

**IT IS FURTHER ORDERED** that Immediate Connections, Inc., shall produce to Defendants a copy of its Employment Agreement within twelve (12) hours of the hearing, and shall produce to Defendants a copy of an Employment Agreement executed by Michael Zapalowski, if any exists, within forty-eight (48) hours of discovery of same.

**IT IS FURTHER ORDERED** that this temporary restraining order shall be in effect for fourteen (14) days from the date of the hearing, or until the parties appear before this court for hearing on Plaintiff's Motion for Preliminary Injunction. Counsel are directed to file a motion to extend this order, if desired, no later than **Tuesday, May 16, 2012**, and any opposition thereto no later than **4:00 p.m. on Wednesday, May 17, 2012**.

New Orleans, Louisiana, this 9th day of May, 2012.

                                              UNITED STATES DISTRICT JUDGE